IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSI PHARMACEUTICALS, LLC and GENENTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ZYDUS PHARMACEUTICALS (USA) INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 19-741 (CFC) ) ) ) ) ) ) |

**STIPULATED CONSENT ORDER OF DISMISSAL**

Upon the joint application of Plaintiffs OSI Pharmaceuticals, LLC and Genentech, Inc. and Defendant Zydus Pharmaceuticals (USA) Inc. for a Consent Order of Dismissal without prejudice, the Parties having consented thereto:

IT IS this _18th_ day of September 2019,

ORDERED, ADJUDGED AND DECREED as follows:

1. The Complaint is dismissed, without prejudice;

2. Each Party shall bear its own costs and attorneys' fees.

We consent to the form and entry of the foregoing Consent Order and Dismissal.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. |
| /s/ *Derek J. Fahnestock* | /s/ *David A. Bilson* |
| Jack B. Blumenfeld (#1014)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>dfahnestock@mnat.com | John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806-4204<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>dab@pgmhlaw.com |
| *Attorneys for Plaintiffs OSI Pharmaceuticals, LLC and Genentech, Inc.* | *Attorneys for Defendant Zydus Pharmaceuticals (USA) Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| Amy K. Wigmore<br>Amanda L. Major<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>1875 Pennsylvania Ave, NW<br>Washington, DC 20006<br>(202) 663-6000 | Michael J. Gaertner<br>James T. Peterka<br>LOCKE LORD LLP<br>111 S. Wacker Dr.<br>Chicago, IL 60606<br>mgaertner@lockelord.com<br>jpeterka@lockelord.com |
| Emily Whelan<br>Kevin Yurkerwich<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-5000 | |

Dated: September 1ϴ, 2019

SO ORDERED:

_____
United States District Judge